1038

THE STATE OF WASHINGTON, *Respondent*, v. JASON MATTHEW GILES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03853-1, Maryann C. Moreno, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

THE STATE OF WASHINGTON, *Respondent*, v. ELOY A. GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00540-6, Michael G. McCarthy, J., entered May 30, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY JAMES WEYAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00035-4, Vic L. VanderSchoor, J., entered August 8, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

BOB SPAIN REAL ESTATE SERVICES, INC., *Respondent*, v. WILLIAM T. COX, *Defendant*, ANNE M. LOPINTO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-2-02737-5, Susan L. Hahn, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.